Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletree.com
Elody C. Tignor
Nevada Bar No. 15663
elody.tignor@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant Starbucks Corporation dba Starbucks Coffee Company*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| MARGARET SWANSON,<br><br>              Plaintiff,<br><br>      vs.<br><br>STARBUCKS CORPORATION dba STARBUCKS COFFEE COMPANY, a Washington Corporation,<br><br>              Defendant. | Case No.: 2:23-cv-01823-APG-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO SUBMIT ENE STATEMENT TO CLERK'S OFFICE**<br><br>**(FIRST REQUEST)**<br><br>**HEARING DATE: May 6, 2024**<br>**HEARING TIME: 10:00 AM** |

Defendant Starbucks Corporation dba Starbucks Coffee Company ("Defendant"), and Plaintiff Margaret Swanson ("Plaintiff") (collectively referred to as "Parties"), by and through their respective undersigned counsel, stipulate to, and agree upon, an extension of the deadline to submit the ENE Statement to the Clerk's Office, for the May 6, 2024 ENE Session, currently due Monday, April 29, 2024 by 3:00 PM to **Wednesday, May 1, 2024, by 3:00 PM**.  This is the Parties' first request to extend the deadline to submit the ENE Statement and is not made for purposes of undue delay as discussed in further detail below.

/ / /

1. On March 13, 2024, this Court entered its Order setting an ENE Session for May 6, 2024. (ECF No. 9.) The Parties were due to submit ENE Statements one (1) week prior the ENE Session, i.e., April 29, 2024. (ECF No. 9.)

2. On April 8, 2024, Defendant's Counsel's office, including undersigned counsel, were impacted by the tragedy at the Prince Law Group (offices on the same floor). Defendant's Counsel's office was subsequently closed and they engaged in intermittent business for approximately 7-10 business days thereafter (including the closure of their office the week of the incident).This unfortunate event impacted Counsel's ability to timely complete Defendant's ENE Statement.

3. The Parties therefore request that the deadline to submit the ENE Statement be extended to **Wednesday, May 1, 2024 by 3:00 PM**.

This stipulation is not brought for purposes of delay or any other improper purpose.

| Dated this 25th day of April, 2024. | Dated this 25th day of April, 2024. |
|---|---|
| LAW OFFICES OF MICHAEL P. BALABAN | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| */s/ Michael P. Balaban* | */s/ Anthony L. Martin* |
| Michael P. Balaban<br>Nevada Bar No. 9370<br>10726 Del Rudini Street<br>Las Vegas, NV 89141<br><br>*Attorney for Plaintiff* | Anthony L. Martin<br>Nevada Bar No. 8177<br>Elody C. Tignor<br>Nevada Bar No. 15663<br>10801 W. Charleston Blvd.<br>Suite 500<br>Las Vegas, NV  89135<br><br>*Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 26, 2024

2