Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletree.com
Elody C. Tignor
Nevada Bar No. 15663
elody.tignor@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant Starbucks Corporation dba Starbucks Coffee Company*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MARGARET SWANSON,<br><br>                        Plaintiff,<br><br>vs.<br><br>STARBUCKS CORPORATION dba STARBUCKS COFFEE COMPANY, a Washington Corporation,<br><br>                        Defendant. | Case No.:  2:23-cv-01823-APG-MDC<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF CASE, WITH PREJUDICE** |

   IT IS HEREBY STIPULATED, by and between Plaintiff Margaret Swanson ("Plaintiff") and Defendant Starbucks Corporation dba Starbucks Coffee Company, by and through their respective undersigned counsel, that all claims Plaintiff had or may have had against Defendant, that are contained in, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed, with prejudice, in their entirety.

/ / /

/ / /

/ / /

/ / /

Each party is to bear their own fees and costs.

| | |
|---|---|
| Dated this 18th day of June, 2024. | Dated this 18th day of June, 2024. |
| LAW OFFICES OF MICHAEL P. BALABAN | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| */s/ Michael P. Balaban* | */s/ Elody C. Tignor* |
| Michael P. Balaban<br>Nevada Bar No. 9370<br>10726 Del Rudini Street<br>Las Vegas, NV 89141 | Anthony L. Martin<br>Nevada Bar No. 8177<br>Elody C. Tignor<br>Nevada Bar No. 15663<br>10801 W. Charleston Blvd.<br>Suite 500<br>Las Vegas, NV  89135 |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

June 19, 2024
DATE

2

62463247.v1-OGLETREE